**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

JUN 28 2021

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOLORES ROXANA ALAS-DE RAMOS, | No. 15-70673 |
| Petitioner, | Agency No. A099-664-119 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 24, 2021[**]

Before: GRABER, FRIEDLAND, and BENNETT, Circuit Judges.

Dolores Roxana Alas-De Ramos, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her motion to reopen proceedings.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen.  *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002).  We deny the petition for review.

The BIA did not abuse its discretion by denying Alas-De Ramos's untimely motion to reopen.  As the BIA concluded, she did not introduce new evidence that reflects materially changed country conditions or that would likely have changed the outcome of her case.  8 U.S.C. § 1229a(c)(7)(A), (C); 8 C.F.R. § 1003.2(c)(1); *see Young Sun Shin v. Mukasey*, 547 F.3d 1019, 1025 (9th Cir. 2008) ("[Petitioners] who seek to remand or reopen proceedings to pursue relief bear a 'heavy burden' of proving that, if proceedings were reopened, the new evidence would likely change the result in the case." (quoting *Matter of Coelho*, 20 I. & N. Dec. 464, 473 (BIA 1992))).

The temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**